[Decided March 22, 1897.]
## PLATTER *v.* UMPHLETT.

From Josephine: H. K. HANNA, Judge.

A. H. H. Platter and others sought to enjoin Alonzo Umphlett and others from using or diverting the waters flowing in certain channels on the land of plaintiffs. There was a decree for plaintiffs, from which defendants appeal.

*Messrs. Francis Fitch* and *Willard Crawford,* for appellants.

*Messrs. Davis Brower* and *Webster & Hammond,* for respondents.

Decree was affirmed on motion, the appellants being in default in not serving a brief. No opinion.

AFFIRMED.

[Decided April 5, 1897.]
## BELL *v.* TOWN OF PRINEVILLE.

From Crook: W. L. BRADSHAW, Judge.

Action by M. H. Bell to recover from the Town of Prineville the amount of the costs and disbursements in a certain suit on the ground that defendant had promised to pay them if the plaintiff would dismiss such suit, which he had done. Plaintiff appeals from an order sustaining a demurrer to the complaint.